IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-2399-AP

MICHAEL PARRISH,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Comm'r of Soc. Sec.,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCE OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Jay K. Barnes | Jessica Milano |
| Attorney for Plaintiff | Special Assistant United States Attorney |
| Law Office of Jay Barnes | Assistant Regional Counsel |
| 1079 E. Riverside Dr. Ste. 203 | Office of the General Counsel |
| St. George, UT  84790 | Social Security Administration |
| Jay.barnes@jaybarneslaw.com | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint Was Filed: 10/01/10**
    B. **Date Complaint was Served on U.S. Attorney's Office:  10/18/10**
    C. **Date Answer and Administrative Record Were Filed: 12/17/10**

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the adequacy and completeness of the Administrative Record cannot be ascertained until after the Plaintiff's final opening brief is drafted and filed.

**Defendant states**: To the best of his knowledge, the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states**: See paragraph four above.

**Defendant states**: Defendant does not intend to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states**: This case involves no unusual claims.

**Defendant states**: To the best of his knowledge, this case does not raise any unusual claims or defenses.

7.  **OTHER MATTERS**

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: Defendant has no other matters to bring to the attention of the Court.

8.  **Proposed Briefing Schedule**

    A. **Plaintiff's Opening Brief Due: 2/4/2011**
    B. **Defendant's Response Brief Due: 3/4/2011**
    C. **Plaintiff's Reply Brief Due: 3/18/2011**

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:** Oral Argument is not requested
    B. **Defendant's Statement:** Oral Argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B. **( X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D. COLO. L. CivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Mangement Plan may be altered or amended only upon a showing of good cause.*

DATED this 3rd day of __January, 2011.

BY THE COURT:

*s/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jay K. Barnes* | JOHN F. WALSH |
| Jay K. Barnes | United States Attorney |
| Attorney for Plaintiff | |
| Law Office of Jay Barnes | WILLIAM G. PHARO |
| 1079 E. Riverside Dr. Ste. 203 | Assistant United States Attorney |
| St. George, UT 84790 | United States Attorney's Office |
| Jay.barnes@jaybarneslaw.com | District of Colorado |
| | |
| | *s/ Jessica Milano* |
| Attorney for Plaintiff | Jessica Milano |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |
| | |
| | Attorneys for Defendant |